# UNITED STATES DISTRICT COURT
## Eastern District of California

## PETITION FOR DISMISSAL OF WARRANT FOR OFFENDER UNDER SUPERVISION

**Name of Person Under Supervision:**  Domonick Robles         **Docket Number:**   2:95-mj- 0074 EFB

**Name of Judicial Officer**:    Honorable Edmund F. Brennan

**Date of Original Sentence:**   05/16/1995

**Original Offense:** 18 U.S.C. § 13, C.V.C § 14601.1(a) – Driving When Privilege Suspended or Revoked

**Original Sentence:** Two years probation

**Special Conditions:** 130 hours of community service, not operate a motor vehicle unless licensed by the Department of Motor Vehicles

**Type of Supervision:**   Probation

**Date Supervision Commenced:**   05/16/1995

**Other Court Actions:**

**03/14/1996:**    A petition for warrant was filed with the Court alleging his failure report his chance of address and him absconding from supervision.  The Court issued a warrant.

---

### PETITIONING THE COURT

The probation officer respectfully recommends the petition for warrant filed on March 14, 1996, be dismissed and the warrant recalled. It is further recommended that probation be terminated in this case.

**Justification:** Nine months after being sentenced to probation, Mr. Robles moved, his whereabouts became unknown, and a warrant was subsequently issued for his arrest. It should be noted that according to his Semi-Annual Status Report dated December 13, 1995, he completed his 130 hours of community service.

Due to the nature of his original offense and violation conduct, and this warrant being issued over 26 years ago, it is respectfully recommended that the warrant filed on March 14, 1996, be recalled and Mr. Robles be terminated from probation.

Respectfully submitted,

SCOTT STOREY
**Assistant Deputy Chief United States Probation Officer**
Telephone: 916-930-4319

**DATED:** 10/25/2022
Sacramento, California

---

**THE COURT ORDERS:**

☒ Dismissal of Petition for Warrant filed March 14, 1996, and the warranted recalled. It is further ordered that Probation be terminated in this case.

☐ Other

Dated: 10/25/2022

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

CC:

United States Probation

Assistant United States Attorney: Not assigned

Defense Counsel: Not assigned